## 52768. ARLINGTON APARTMENTS v. JOHNS.

WEBB, Judge.

There being sufficient competent evidence to support the award of the State Board of Workmen's Compensation, the judgment of the superior court affirming the award must be affirmed, under the "any evidence" rule. *Kissel v. Aetna Cas. &c. Co.,* 136 Ga. App. 504 (221 SE2d 645) (1975).

*Judgment affirmed. Deen, P. J., and Smith, J., concur.*

ARGUED OCTOBER 4, 1976 — DECIDED OCTOBER 19, 1976.

*Michael J. Gannam,* for appellant.
*Downing, McAleer & Gaskin, Frank O. Downing,* for appellee.